```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                            Case No. 09-cr-68-PB

**Brenda Marshall**

### O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for October 6, 2009, citing the need for additional time to complete plea negotiations or prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from October 6, 2009 to December 1, 2009. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The September 23, 2009 final pretrial conference is continued to November 16, 2009 at 3:45 p.m.

No further continuances absent good cause shown.

SO ORDERED.

                                          /s/Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Judge

September 23, 2009

cc: Bjorn Lange, Esq.
     Jennifer C. Davis, AUSA
     United States Probation
     United States Marshal