**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                             Case No. 09-cr-68-PB

<u>Brenda Marshall</u>

**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for December 1, 2009, citing the need for additional time to finalize plea negotiations.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from December 1, 2009 to January 5, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reason, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The November 16, 2009 final pretrial conference is continued to December 21, 2009 at 11:00 a.m.

No further continuances will be granted.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

November 16, 2009

cc: Bjorn Lange, Esq.
    Jennifer C. Davis, AUSA
    United States Probation
    United States Marshal